

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DONALD K. SANDFORD**<br>Special Federal Litigation Division<br>(212) 788-0993<br>(212) 788-9776 (fax) |

November 17, 2006

**BY ECF**
The Honorable Kiyo A. Matsumoto
United States Magistrate Judge
United States Courthouse, Eastern District of New York
225 Cadman Plaza East,
Room 1227
Brooklyn, New York 11201

        Re:    <u>Cooper v. The City of New York et al</u> CV 06-2139 (ENV)(KAM)

Your Honor:

        I am the Attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced civil rights action. I write in response to the court's order of November 8, 2006, in which Your Honor directed that the City, on or before November 13, 2006, provide to plaintiff information as to where Undercover #3215 may be served.

        Upon information and belief, and based upon conversations had with numerous members of the New York City Police Department (NYPD), there is no undercover officer with badge #3215. Because such an officer does not exist, we were unable, and remain so, to comply with the court's order to provide any information where such a person may be served. No disrespect to the court is intended, and we continue with our efforts to locate whomever may have worn this badge in the past, so that the case may proceed.

        I thank Your Honor for your participation in this matter.

        Respectfully submitted,
        /s/

        Donald K. Sandford (DS 3342)
        Special Federal Litigation Division

cc: <u>VIA ECF</u>
Rose M. Weber, Esq.
225 Broadway, Suite 1608
New York, New York 10007