**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1608
NEW YORK, NEW YORK 10007

FAX: (212) 791-4149                                         TELEPHONE: (212) 748-3355

November 28, 2006

**BY ECF & FAX**
Honorable Kiyo A. Matsumoto
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Dwayne Cooper v. City of New York, et al.*, 06 CV 2139 (ENV) (KAM)

Your Honor:

      By Order dated November 14, 2006, the Court directed defendants to respond, by November 20, 2006, to plaintiff's motion to compel responses to his discovery demands (which were served on or about August 31, 2006). Defendants have neither responded to the Court nor served their discovery responses on plaintiff. Accordingly, plaintiff respectfully requests that the Court take whatever action may be necessary in order to induce defendants to respond to the discovery demands.

      Thank you for your consideration of this request.

                                                                                 Respectfully,

                                                                                     /s

                                                                       Rose M. Weber (RW 0515)

cc:    Donald Sandford, Esq. (by ECF)