

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MICHAEL CHESTNOV**<br>*Assistant Corporation Counsel*<br>(212) 788-0991<br>(212) 788-9776 (fax)<br>mchestno@law.nyc.gov |

January 30, 2007

**VIA E.C.F. AND HAND DELIVERY**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Dwayne Cooper v. City of New York, et al.
CV 06-2139 (ENV) (KAM)

Your Honor:

I am the attorney in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above matter. In that capacity, I write to inform the Court that the parties have reached a settlement and accordingly defendants respectfully submit the enclosed stipulation and order of settlement and dismissal, executed by counsel for both parties, for the Court's endorsement.

I thank the Court for its time and consideration in this matter.

Respectfully submitted,

Michael Chestnov (MC 0443)
Assistant Corporation Counsel
Special Federal Litigation Division

Enc.

cc: Hon. Kiyo A. Matsumoto, United States Magistrate Judge (via E.C.F. and fax) (w/o enc.)

Rose M. Weber, Esq., attorney for plaintiff (via E.C.F. and fax)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DWAYNE COOPER,

                                          Plaintiff,

-against-

THE CITY OF NEW YORK, DET JAMES MEEHAN,
SGT. GREGORY MAROTTA, DET. "JOHN" JOHNSON,
LT. "JOHN" HAMMOND, DET. "JOHN" GORMAN,
P.O. "JOHN " BATTAGLIA, P.O. "JOHN" BONO,
UNDERCOVER #3215, UNDERCOVER #1534 and P.O.s
JOHN and JANE DOE #1-10,

                                          Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

CV 06-2139 (ENV)(KAM)

      **WHEREAS,** plaintiff commenced this action by filing a complaint on or about May 9, 2006, alleging that certain of his federal rights were violated; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

      2. The City of New York hereby agrees to pay plaintiff DWAYNE COOPER the sum of FORTY-FIVE THOUSAND DOLLARS ($45,000) in full satisfaction of all claims, including claims for costs, expenses, and attorney fees. In consideration for the payment of this

sum, plaintiff agrees to the dismissal of all the claims against the named defendants, both served and unserved, the City of New York, James Meehan, Gregory Marotta, Douglas Gorman, Frank Battaglia, Alesio Bono, Undercover #3215, Undercover #1534, "Det. 'John' Johnson" and "Lt. 'John' Hammond," with prejudice, and to release all defendants, including the defendants named herein as "P.O.'s John and Jane Doe # 1-10," and any present or former employees or agents of the City of New York, and the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:  New York, New York
         January 30, 2007

Rose M. Weber, Esq.
Attorney for Plaintiff
225 Broadway, Suite 1608
New York, NY 10007
(212) 748-3355

By: _____
   Rose M. Weber (RW 0515)

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
Attorney for Defendants City of New York, James Meehan, Gregory Marotta, Douglas Gorman, Frank Battaglia, Alesio Bono, Undercover #3215 and Undercover #1534
100 Church Street, Room 3-146
New York, New York 10007
(212) 788-0991

By: _____
   Michael Chestnov (MC 0443)
   Assistant Corporation Counsel

SO ORDERED:

_____
HON. ERIC N. VITALIANO, U.S.D.J.

3